ACCEPTED
14-15-00093-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
7/17/2015 10:18:19 AM
CHRISTOPHER PRINE
CLERK



**DALY & BLACK, P.C.**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/17/2015 10:18:19 AM

CHRISTOPHER A. PRINE
Clerk

July 17, 2015

*__Via E-Filing__*

Christopher A. Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

> Re: ***Cause No. 14-15-00093-CV; State Farm Lloyds v. Ginger Hanson*, in the Fourteenth Court of Appeals**

Dear Mr. Prine:

This letter is e-filed to notify the Court that appellee Ginger Hanson wishes to and will file a response to Appellant State Farm Lloyds' Opposed Motion for Extension of Time to File Brief, which was e-filed with the Court yesterday, July 16, 2015.

Appellee will file her response today, July 17, 2015, no later than 2:00 p.m. Appellant has already filed three motions, the first two unopposed, for extension of time. Any further delay will prejudice Appellee, who received a favorable jury verdict in May 2014.

Sincerely,

*Ana Ene*

Ana M. Ene

AME/